UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| HARVEY E. PAGE | ) | |
| | ) | |
| v. | ) | NO. 2:99-CR-39 |
| | ) | NO. 2:04-CV-32 |
| UNITED STATES OF AMERICA | ) | |

## **O R D E R**

This criminal matter is before the Court to address Harvey Pages' motion to substitute counsel because his present counsel represented one of his co-defendants who testified against him at trial. [Doc. 18]. In the interest of justice, it is hereby **ORDERED** that Douglas Payne, Esq., is appointed to represent the petitioner and substituted as the attorney of record for the movant in place of Jerry Laughlin, Esq. Counsel will have forty-five (45) days from the date hereof to contact the movant, and to file any additional pleadings necessary for a final resolution of this matter. The petitioner's present address is as follows:

>Harvey Page #16317-074
>United States Penitentiary
>P.O. Box 150160
>Atlanta, Georgia 30315
>(912) 427-0870

In view of the appointment of counsel, it is also hereby **ORDERED** as follows:

1. The Motion for Extension of Time to File is **MOOT**. [Doc. 16].

2. The Motion for Extension of Time to File Any Additional Pleadings is **MOOT**. [Doc. 17].

In addition, it is hereby **ORDERED** that the *Pro Se* Motion for OR Bond is **DENIED**. [Doc. 19].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
